IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

LEE MADDEN                                                                                             PLAINTIFF

v.                                Civil No. 08-5165

CHIEF OUTLAW, Chief of Security,
East Arkansas Regional Unit; MISS
GREEN, Classification Unit, East Arkansas
Regional Unit; and REV. GAYE, Mental
Health Unit, East Arkansas Regional Unit                                       DEFENDANTS

### ORDER

Lee Madden (#136534) an inmate of Arkansas Department of Correction (ADC), East Arkansas Regional Unit, submitted this *pro se* action for filing. The clerk is directed to file the complaint and application to proceed *in forma pauperis* (IFP).

The East Arkansas Regional Unit is located in Brickeys, Arkansas. Brickeys, Arkansas, is in Lee County. Lee County is within the Eastern District of Arkansas. All events that are the subject of the complaint occurred within the Eastern District of Arkansas. The plaintiff is incarcerated in the Eastern District of Arkansas and the defendants are located within the Eastern District of Arkansas. The Court finds the interests of justice would be best served by transferring this case to the United States District Court for the Eastern District of Arkansas. Venue would be proper in the Eastern District, as defendants are located there and the events complained of allegedly occurred there. See 28 U.S.C. § 1406(a).[1]

---

[1] "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." *Id.*

AO72A
(Rev. 8/82)

The Clerk of the Court is directed to immediately TRANSFER PLAINTIFF'S ENTIRE CASE FILE to the Eastern District of Arkansas, 600 West Capitol Avenue, Suite 402, Little Rock, Arkansas, 72201-3325.

The matter of service and the application to proceed IFP will be determined at a later date.

IT IS SO ORDERED this __21__ day of July 2008.

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUL 2 3 2008

CHRIS R. JOHNSON, CLERK

BY _____
DEPUTY CLERK

HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)